**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


ANTONIUS G. JOHNSON,

       Plaintiff,

vs.                                    CASE NO. 5:10cv06/RS-GRJ

FLORIDA FIRST FEDERAL SAVINGS
BANK and BANK OF AMERICA/COUNTRYWIDE,

       Defendants.
_____/

<u>**ORDER**</u>

     Before me is the Magistrate Judge's Report & Recommendation (Doc. 25).

Plaintiff has not filed objections.

     **IT IS ORDERED:**

     1.     The Magistrate Judge's Report & Recommendation is approved and

incorporated in this Order.

     2.     Pursuant to Fed. R. Civ. P. 41(b), this case is dismissed for failure to

prosecute.

     3.     The clerk is directed to close the file.


     **ORDERED** on March 30, 2011.



                       /S/ Richard Smoak_____
                       **RICHARD SMOAK
                       UNITED STATES DISTRICT JUDGE**